AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

WILLIAM M. BOGANS, III,

      Plaintiff,

         **V.**

MAY TRUCKING COMPANY,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:26-cv-00156

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated June 25, 2026, this case is remanded to the Superior Court of Chatham County, Georgia. This case stands closed.

| | |
|---|---|
| 6/25/2026 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *(By) Ann Duke, Deputy Clerk* |

GAS Rev 10/1/03